IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES WHITE,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 08-00140-KD-B |
| **WARDEN LOUIS BOYD,** | : | |
| Respondent. | : | |

### **JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that this petition be and is hereby DISMISSED with prejudice.

DONE this 4th day of August, 2009.

<u>s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**